No. 95-1850

Frank W. Askew, Jr.,           *
                                       *
        Appellant,      *
                                       *

Robert Brinkley,          *
                                       *
        Plaintiff,      *
                                       *

    v.                    *
                                       *

M.D. Reed, Warden, Individually *
and in Official Capacity,     *
Cummins Unit, Arkansas        *
Department of Correction; A.D.  *
Bradberry, Assistant Warden,   *
Individually and in Official   *
Capacity, Cummins Unit, Arkansas *
Department of Correction; Major  *
A.J. Hall, Individually and in  *  Appeal from the United States
Official Capacity, Cummins Unit, *  District Court for the
Arkansas Department of          *  Eastern District of Arkansas.
Correction; CO-1 N.C. Nelson,   *     [UNPUBLISHED]
Individually and in Official   *
Capacity, Cummins Unit, Arkansas *
Department of Correction; CO-1   *
J. Hood, Individually and in    *
Official Capacity, Cummins Unit, *
Arkansas Department of          *
Correction; William Terry,     *
Individually and in Official   *
Capacity, Cummins Unit, Arkansas *
Department of Correction;       *
Mr. Herrington, Individually and *
in Official Capacity, Cummins   *
Unit, Arkansas Department of    *
Correction; J. Blankenship,    *
Hearing Officer, Individually   *
and in Official Capacity,      *
Cummins Unit, Arkansas        *
Department of Correction; John   *
Does, Individually and in      *
Official Capacity, Other Unknown *
Correctional Officers, Cummins   *
Unit, Arkansas Department of    *
Correction,               *

```
                                    *
        Appellees.                  *
```

_____

Submitted:  January 5, 1996

Filed:  January 18, 1996

_____

Before WOLLMAN, MAGILL, and HANSEN, Circuit Judges.

_____

PER CURIAM.

Frank W. Askew appeals the district court's[1] partial grant of summary judgment to defendant prison officials, and award of nominal damages to him after a bench trial in this 42 U.S.C. § 1983 action.  Having carefully reviewed the parties' briefs and the record, we conclude the judgment of the district court was correct. Accordingly, we affirm.  See 8th Cir. R. 47B.

A true copy.

Attest:


    CLERK, U. S. COURT OF APPEALS, EIGHTH CIRCUIT.

_____

[1]The Honorable Henry L. Jones, Jr., United States Magistrate Judge for the Eastern District of Arkansas, to whom the case was referred for final disposition by consent of the parties pursuant to 28 U.S.C. § 636(c).